

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

December 13, 2021

**Via ECF**
Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

      Re:    <u>United States v. Mara Ficarra</u>
              18-CR-679

Dear Judge Seybert:

    As the Court is aware, I represent Mara Ficarra, who is scheduled to appear telephonically for a status conference this afternoon at 3:00 p.m.  I learned this weekend that Ms. Ficarra has been admitted to Southampton Hospital suffering with COVID.  She has pneumonia, is on oxygen, and does not presently have a discharge date.

    With this, I write to respectfully request a rescheduling of today's conference to a mid-January date, or thereafter, convenient to the Court.

    Of course, the defense consents to the entry of an Order of Excludable Delay.

    Thank you for your consideration.

                                  Very truly yours,

                                  /s/  *Kevin J. Keating*

                                KEVIN J. KEATING

KJK/dg

cc:    AUSA Catherine Mirabile